UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CR-6341-SELTZER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL TOUIZER

    Defendant.
_____/

**NOTICE OF TEMPORARY APPEARANCE**

COMES NOW, the LAW OFFICES OF MICHAEL J. ENTIN, P.A., and files this Temporary Appearance as Attorney of Record for the Defendant herein.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed this Temporary Notice of Appearance with the Clerk of the United States District Court using CM/ECF, on this 28th day of September, 2017.

Respectfully submitted,

**LAW OFFICES OF MICHAEL J. ENTIN, P.A.**
Attorney for Defendant
One East Broward Boulevard, Suite 925
Fort Lauderdale, Florida 33301
Telephone: (954) 745-4900
Facsimile: (954) 745-4910
Florida Bar No. 270261
Email: mjentin@aol.com
Legalassistant2michaeljentin@gmail.com

/s/  Michael J. Entin
MICHAEL J. ENTIN, ESQ.